COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-019-CV

IN RE WEEKLEY HOMES, L.P. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and the response and reply thereto and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: CAYCE, C.J.; GARDNER and MCCOY, JJ.

DELIVERED: February 26, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.